SIGNED.

Dated: August 13, 2018

**Paul Sala, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re:

Abdi Hussein Jimale and Belinda Hanmann Jimale,

Debtors.

Case No. 2:17-bk-11990-PS

Chapter 7

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT PURSUANT TO FED. R. BANKR. P. 9019 BETWEEN TRUSTEE AND DEBTORS**

Based upon the *Motion to Approve Settlement Agreement Pursuant to Fed. R. Bankr. P. 9019 between Trustee and Debtors* ("Motion") filed by Dina L. Anderson, Chapter 7 Trustee herein, ("Trustee") requesting Court approval of the settlement agreement between the Trustee and debtors Abdi Hussein Jimale and Belinda Hanmann Jimale ("Debtors") attached as Exhibit "A" to the Motion ("Settlement Agreement"), with no objections having been received and for further good cause appearing,

**IT IS HEREBY ORDERED** as follows:

1. Granting the Motion and approving the Settlement Agreement;

2. In full and final settlement of the claims identified in the Settlement Agreement and Motion, the Trustee may offset against the Debtors' proportionate interest in their 2017 Federal and State tax refunds the bankruptcy estate's interests in: 1) Debtors' nonexempt disposable earnings, in the sum of $244.95, earned prior to the Petition Date, but paid to Debtors after the

Petition Date; and 2) the Debtors' nonexempt interest of $100.00 in cash on hand on the date Debtors filed for bankruptcy relief. Therefore, the Trustee shall retain the total amount of $7,521.46 from the Debtors' Federal and State tax refunds as property of the bankruptcy estate herein and shall remit to Debtors the total amount of $1,738.54 representing Debtors' interest in their Federal and State tax refunds after application of the offset; and

3. As agreed to by Debtors in the Settlement Agreement, Debtors shall not again file (or re-file) a motion to convert to a Chapter 13 bankruptcy case unless Debtors' financial condition has improved to the point that they have a confirmable Chapter 13 Plan. If Debtors file again to convert to a Chapter 13 bankruptcy case and the Trustee successfully opposes the motion, the Debtors shall pay the attorneys' fees incurred by the Trustee in connection with the opposition, as also agreed to by Debtors in the Settlement Agreement.

**DATED AND SIGNED ABOVE**

2536-001(335833)