Dina L. Anderson
21001 N. Tatum Blvd
#1630-608
Phoenix, AZ 85050

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 2:17-BK-11990-PS |
| | § | |
| ABDI HUSSEIN JIMALE | § | |
| BELINDA HANMANN JIMALE | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>13</u> of the United States Bankruptcy Code was filed on <u>10/10/2017</u>. The case was converted to one under Chapter 7 on 12/19/2017. The undersigned trustee was appointed on <u>10/10/2017</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of  $9,260.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $49.59 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $1,738.54 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $7,471.87 |

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/18/2018 and the deadline for filing government claims was 07/18/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,502.15. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,502.15, for a total compensation of $1,502.15[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $61.87, for total expenses of $61.87.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/28/2018            By:   /s/ Dina L. Anderson
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 17-11990-PS | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | JIMALE, ABDI HUSSEIN AND JIMALE, BELINDA HANMANN | Date Filed (f) or Converted (c): | 12/19/2017 (c) |
| For the Period Ending: | 9/25/2018 | §341(a) Meeting Date: | 11/13/2017 |
| | | Claims Bar Date: | 07/18/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  2008 CHRYSLER TOWN & COUNTRY | $3,200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor value amended per Amended Sched. B (DE 42) | | | | | |
| 2  2006 FORD ESCAPE | $3,400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor value amended per Amended Sched. B (DE 42) | | | | | |
| 3  2 COUCH SETS, KITCHENWARE, 6 BEDS, 2 T.V. STANDS, 1 DESK | $2,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Description and Debtor value amended per Amended Sched. B (DE 42) | | | | | |
| 4  4 T.V.'S, OLD DESK TOP COMPUTER, LAPTOP (OLD), KIDS GAME COUNSELS | $2,100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Description and Debtor value amended per Amended Sched. B (DE 42) | | | | | |
| 5  JP MORGAN CHASE CHECKING ACCT #2639 | $15.00 | $680.11 | | $0.00 | FA |
| **Asset Notes:** LET THIS GO; DLA 3/28/18; Per D Atty, $860 was money given to Debtor-wife to chaperone a kids' school field trip to California (i.e., it was held in a custodial capacity by Debtor.) The attorney said Debtors plan to get a letter from the school substantiating this explanation/defense.  Debtors only claimed $20.00 exempt in this asset but could have claimed up to $300. | | | | | |
| 6  PINAL COUNTY FEDERAL CREDIT UNION ACCT #9067 | $5.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtors did not claim exemption in this asset, but could have claimed up to $300. | | | | | |
| 7  APS | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Removed per Amended Sched. B (DE 42) | | | | | |
| 8  SECURITY DEPOSIT: CITY PLACE APARTMENTS | $600.00 | $0.00 | | $0.00 | FA |
| 9  DEPOSIT: COX CABLE/INTERNET | $225.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Debtor value amended per Amended Sched. B (DE 42) | | | | | |
| 10  2016 TAX REFUNDS | $9,547.00 | $9,547.00 | | $0.00 | FA |
| **Asset Notes:** Received and spent pre-petition per 2004 exam testimony  Exemption denied per Order at DE 49  Removed per Amended Sched. B (DE 42) | | | | | |
| 11  Non Exempt Wages (u) | $244.95 | $244.95 | | $244.95 | FA |
| 12  2017 Federal Tax Refund (u) | $9,111.00 | $7,061.03 | | $8,766.05 | FA |
| 13  Everyday clothes for 7 people, 2 pairs of shoes per person (u) | $2,200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Added per Amended Sched. B (DE 42) | | | | | |
| 14  Safety Deposit Box Passports/Birth Certificates (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Added per Amended Sched. B (DE 42) | | | | | |
| 15  2017 State Tax Refund (u) | $149.00 | $115.48 | | $149.00 | FA |
| 16  Cash on hand | $00.03 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 17-11990-PS | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | JIMALE, ABDI HUSSEIN AND JIMALE, BELINDA HANMANN | Date Filed (f) or Converted (c): | 12/19/2017 (c) |
| For the Period Ending: | 9/25/2018 | §341(a) Meeting Date: | 11/13/2017 |
| | | Claims Bar Date: | 07/18/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Asset Notes:** Trustee's objection to the claimed exemption was sustained and the exemption was denied (DE 49)
This asset was listed in original schedules, but was removed per Amended Sched. B (DE 42).

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$33,396.95     $17,748.57     $9,260.00     $0.00

**Major Activities affecting case closing:**

09/28/2018    TFR submitted to USTO on 09/28/18
         * GMA EMPLOYED; GMA to be paid with TFR

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/18/2019 | /s/ DINA L. ANDERSON | |
| **Current Projected Date Of Final Report (TFR):** | 07/18/2019 | DINA L. ANDERSON | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-11990-PS | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | JIMALE, ABDI HUSSEIN AND JIMALE, BELINDA HANMANN | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1799 | Checking Acct #: | ******1990 |
| Co-Debtor Taxpayer ID #: | **-***1800 | Account Title: | |
| For Period Beginning: | 10/10/2017 | Blanket bond (per case limit): | $27,456,481.00 |
| For Period Ending: | 9/25/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/30/2018 | | United States Treasury | 2017 Federal Tax Refund; Nonexempt wages; Cash on hand | * | $9,111.00 | | $9,111.00 |
| | {11} | | Nonexempt wages    $244.95 | 1229-000 | | | $9,111.00 |
| | {12} | | 2017 Federal Tax Refund    $8,766.05 | 1224-000 | | | $9,111.00 |
| | {16} | | Cash on hand    $100.00 | 1129-000 | | | $9,111.00 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.43 | $9,110.57 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.54 | $9,097.03 |
| 06/13/2018 | (15) | State of Arizona | 2017 Arizona State Tax Refund | 1224-000 | $149.00 | | $9,246.03 |
| 06/28/2018 | 1001 | ABDI HUSSEIN JIMALE AND BELINDA HANMANN JIMALE | Debtors' pro rata share of 2017 Federal and State tax refunds | 8500-002 | | $1,738.54 | $7,507.49 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $13.20 | $7,494.29 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.30 | $7,482.99 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $1.79 | $7,481.20 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($1.79) | $7,482.99 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $130.95 | $7,352.04 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($130.95) | $7,482.99 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $11.12 | $7,471.87 |

SUBTOTALS    $9,260.00    $1,788.13

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-11990-PS | | Trustee Name: | Dina L. Anderson |
|---|---|---|---|---|
| Case Name: | JIMALE, ABDI HUSSEIN AND JIMALE, BELINDA HANMANN | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1799 | | Checking Acct #: | ******1990 |
| Co-Debtor Taxpayer ID #: | **-***1800 | | Account Title: | |
| For Period Beginning: | 10/10/2017 | | Blanket bond (per case limit): | $27,456,481.00 |
| For Period Ending: | 9/25/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| | | | TOTALS: | | $9,260.00 | $1,788.13 | $7,471.87 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $9,260.00 | $1,788.13 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $9,260.00 | $1,788.13 | |

**For the period of 10/10/2017 to 9/25/2018**

| | |
|---|---|
| Total Compensable Receipts: | $9,260.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,260.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $49.59 |
| Total Non-Compensable Disbursements: | $1,738.54 |
| Total Comp/Non Comp Disbursements: | $1,788.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/30/2018 to 9/25/2018**

| | |
|---|---|
| Total Compensable Receipts: | $9,260.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,260.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $49.59 |
| Total Non-Compensable Disbursements: | $1,738.54 |
| Total Comp/Non Comp Disbursements: | $1,788.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3  Exhibit B

| Case No. | 17-11990-PS | | Trustee Name: | Dina L. Anderson |
| --- | --- | --- | --- | --- |
| Case Name: | JIMALE, ABDI HUSSEIN AND JIMALE, BELINDA HANMANN | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1799 | | Checking Acct #: | ******1990 |
| Co-Debtor Taxpayer ID #: | **-***1800 | | Account Title: | |
| For Period Beginning: | 10/10/2017 | | Blanket bond (per case limit): | $27,456,481.00 |
| For Period Ending: | 9/25/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
|  |  | $9,260.00 | $1,788.13 | $7,471.87 |

**For the period of 10/10/2017 to 9/25/2018**

| | |
| --- | ---: |
| Total Compensable Receipts: | $9,260.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,260.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $49.59 |
| Total Non-Compensable Disbursements: | $1,738.54 |
| Total Comp/Non Comp Disbursements: | $1,788.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/19/2017 to 9/25/2018**

| | |
| --- | ---: |
| Total Compensable Receipts: | $9,260.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,260.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $49.59 |
| Total Non-Compensable Disbursements: | $1,738.54 |
| Total Comp/Non Comp Disbursements: | $1,788.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DINA L. ANDERSON

DINA L. ANDERSON

| Case No. | 17-11990-PS | Trustee Name: | Dina L. Anderson |
|---|---|---|---|
| Case Name: | JIMALE, ABDI HUSSEIN AND JIMALE, BELINDA HANMANN | Date: | 9/25/2018 |
| Claims Bar Date: | 07/18/2018 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | U.S. BANKRUPTCY COURT, ARIZONA<br><br>230 North First Avenue, Suite 101<br>Phoenix AZ 85003-0608 | 10/13/2017 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $335.00 | $335.00 | $0.00 | $0.00 | $0.00 | $335.00 |
| **Claim Notes:** | BK Filing Fee (waived) | | | | | | | | | | | |
| | DINA L. ANDERSON<br>21001 N. Tatum Blvd #1630-608<br>Phoenix AZ 85050 | 11/22/2017 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $61.87 | $61.87 | $0.00 | $0.00 | $0.00 | $61.87 |
| | GUTTILLA MURPHY ANDERSON, P.C.<br>5415 E. High Street, Suite 200<br>Phoenix AZ 85054 | 08/23/2018 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $11,942.50 | $11,942.50 | $0.00 | $0.00 | $0.00 | $11,942.50 |
| | GUTTILLA MURPHY ANDERSON, P.C.<br>5415 E. High Street, Suite 200<br>Phoenix AZ 85054 | 08/23/2018 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $483.68 | $483.68 | $0.00 | $0.00 | $0.00 | $483.68 |
| | DINA L. ANDERSON<br>21001 N. Tatum Blvd #1630-608<br>Phoenix AZ 85050 | 09/25/2018 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,502.15 | $1,502.15 | $0.00 | $0.00 | $0.00 | $1,502.15 |
| 1 | LVNV FUNDING, LLC/HSBC PRIVATE LABEL ACQUISITION<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 02/26/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $851.58 | $851.58 | $0.00 | $0.00 | $0.00 | $851.58 |

| Case No.: | 17-11990-PS | | | | | | | Trustee Name: | | Dina L. Anderson | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | JIMALE, ABDI HUSSEIN AND JIMALE, BELINDA HANMANN | | | | | | | Date: | | 9/25/2018 | |
| Claims Bar Date: | 07/18/2018 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | NATIONAL CREDIT SYSTEMS<br>PO Box 312125<br>Atlanta GA 31131 | 02/27/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,998.00 | $1,998.21 | $1,998.21 | $0.00 | $0.00 | $0.00 | $1,998.21 |
| **Claim Notes:** | apt lease | | | | | | | | | | | |
| 3 | NATIONAL CREDIT SYSTEMS<br>PO Box 312125<br>Atlanta GA 31131 | 02/28/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $484.24 | $484.24 | $0.00 | $0.00 | $0.00 | $484.24 |
| **Claim Notes:** | apt lease | | | | | | | | | | | |
| 4 | CAVALRY SPV I, LLC<br>P.O. Box 27288<br>Tempe AZ 85282 | 04/19/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $442.00 | $441.80 | $441.80 | $0.00 | $0.00 | $0.00 | $441.80 |
| 5 | SRP<br>Customer Credit Services<br>PO Box 52025 - ISB 232<br>Phoenix AZ 85072 | 04/25/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $186.00 | $42.35 | $42.35 | $0.00 | $0.00 | $0.00 | $42.35 |
| **Claim Notes:** | Electric Usage | | | | | | | | | | | |
| 6 | NAVIENT SOLUTIONS, LLC ON BEHALF OF THE DEPARTMENT OF EDUCATION<br>Navient Solutions, LLC<br>Department of Education Servicing<br>PO Box 740351<br>Atlanta GA 30374-0351 | 05/22/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $10,528.00 | $10,666.83 | $10,666.83 | $0.00 | $0.00 | $0.00 | $10,666.83 |
| 7 | MIDLAND FUNDING LLC<br>Midland Credit Management, Inc. as agent for MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren MI 48090 | 06/27/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $595.00 | $595.66 | $595.66 | $0.00 | $0.00 | $0.00 | $595.66 |

| Case No. | 17-11990-PS | | | | | | | | Trustee Name: | Dina L. Anderson | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | JIMALE, ABDI HUSSEIN AND JIMALE, BELINDA HANMANN | | | | | | | | Date: | 9/25/2018 | |
| Claims Bar Date: | 07/18/2018 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 12914<br>Norfolk VA 23541 | 07/16/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $441.00 | $1,077.44 | $1,077.44 | $0.00 | $0.00 | $0.00 | $1,077.44 |
| 9 | PINNACLE CREDIT SERVICES, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 07/18/2018 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $778.06 | $778.06 | $0.00 | $0.00 | $0.00 | $778.06 |
| | | | | | | $31,261.37 | $31,261.37 | $0.00 | $0.00 | $0.00 | | $31,261.37 |

| | |
|---|---|
| **Case No.** | 17-11990-PS |
| **Case Name:** | JIMALE, ABDI HUSSEIN AND JIMALE, BELINDA HANMANN |
| **Claims Bar Date:** | 07/18/2018 |
| **Trustee Name:** | Dina L. Anderson |
| **Date:** | 9/25/2018 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $483.68 | $483.68 | $0.00 | $0.00 | $0.00 | $483.68 |
| Attorney for Trustee Fees (Trustee Firm) | $11,942.50 | $11,942.50 | $0.00 | $0.00 | $0.00 | $11,942.50 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $335.00 | $335.00 | $0.00 | $0.00 | $0.00 | $335.00 |
| General Unsecured 726(a)(2) | $16,936.17 | $16,936.17 | $0.00 | $0.00 | $0.00 | $16,936.17 |
| Trustee Compensation | $1,502.15 | $1,502.15 | $0.00 | $0.00 | $0.00 | $1,502.15 |
| Trustee Expenses | $61.87 | $61.87 | $0.00 | $0.00 | $0.00 | $61.87 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 2:17-BK-11990-PS
Case Name: ABDI HUSSEIN JIMALE
BELINDA HANMANN JIMALE
Trustee Name: Dina L. Anderson

Balance on hand: $7,471.87

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $7,471.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| Dina L. Anderson, Trustee Fees | $1,502.15 | $0.00 | $1,502.15 |
| Dina L. Anderson, Trustee Expenses | $61.87 | $0.00 | $61.87 |
| Guttilla Murphy Anderson, P.C., Attorney for Trustee Fees | $11,942.50 | $0.00 | $5,089.17 |
| Guttilla Murphy Anderson, P.C., Attorney for Trustee Expenses | $483.68 | $0.00 | $483.68 |
| U.S. Bankruptcy Court, Arizona, Clerk of the Court Costs | $335.00 | $0.00 | $335.00 |

Total to be paid for chapter 7 administrative expenses: $7,471.87
Remaining balance: $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

Case 2:17-bk-11990-PS    Doc 93    Filed 10/02/18    Entered 10/02/18 14:43:27    Desc
Page 12 of 14

|                                 | Total to be paid to priority claims: | $0.00 |
|                                 | Remaining balance:                   | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $16,936.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | LVNV Funding, LLC/HSBC Private Label Acquisition | $851.58 | $0.00 | $0.00 |
| 2 | National Credit Systems | $1,998.21 | $0.00 | $0.00 |
| 3 | National Credit Systems | $484.24 | $0.00 | $0.00 |
| 4 | Cavalry SPV I, LLC | $441.80 | $0.00 | $0.00 |
| 5 | SRP | $42.35 | $0.00 | $0.00 |
| 6 | Navient Solutions, LLC on behalf of The Department of Education | $10,666.83 | $0.00 | $0.00 |
| 7 | Midland Funding LLC | $595.66 | $0.00 | $0.00 |
| 8 | Portfolio Recovery Associates, LLC | $1,077.44 | $0.00 | $0.00 |
| 9 | Pinnacle Credit Services, LLC | $778.06 | $0.00 | $0.00 |

|                                 | Total to be paid to timely general unsecured claims: | $0.00 |
|                                 | Remaining balance:                                   | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|                                 | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|                                 | Remaining balance:                                          | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |